# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Crawford, Karen S. | 2. Court or Organization<br><br>U.S. District Court, Southern District of California | 3. Date of Report<br><br>2/26/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
333 W. Broadway, Suite 1010
San Diego, Ca. 92101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Executive Board | Wallace Chapter, American Inn of Court |
| 2. | Member, President, Executive Board | Welsh Chapter, American Inn of Court |
| 3. | Member | Council of Visitors, California Western School of Law |
| 4. | Trustee | Trust No. 1 |
| 5. | Trustee | Trust No. 2 |
| 6. | Trustee | Trust Nos. 3, 4 |
| 7. | Custodian | Custodial Accounts, Nos. 1, 2 |
| 8. | Board of Governors | Association of Business Trial Lawyers ("ABTL") |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 2/26/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Business Trial Lawyers ("ABTL") Annual Meeting | 10/5/16-10/8/16 | Maui, Hawaii | Legal Continuing Education Programs | Airfare, registration, lodging and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 2/26/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 2/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust Acct. No. 1 (Vanguard) | | | | | | | | | |
| 2. - Ca. Municipal Money Market Fund | G | Distribution | M | T | | | | | |
| 3. - Prime Money Mkt. Fund (Y) | | None | | | | | | | |
| 4. - Total International Stock 1x Admiral (Y) | | None | | | | | | | |
| 5. - Total Stock Market Index Admiral (Y) | | None | | | | | | | |
| 6. | | | | | | | | | |
| 7. Trust Acct. No. 2 (Vanguard) | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. - Ca. Municipal Money Market Fund | F | Interest | J | T | | | | | |
| 10. - Total International Stock Admiral | | None | | | Closed | 01/01/16 | | | |
| 11. - Total Bond Market Index Admiral | | None | | | | 01/01/16 | | | |
| 12. - Total Stock Market Index Admiral | | None | | | | 01/01/16 | | | |
| 13. | | | | | | | | | |
| 14. Trust Acct. No. 3 (Y) | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. Trust Acct. No. 4 (Y) | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Crawford, Karen S. | 2/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Custodial Acct. No. 1 (American Funds) | | | | | | | | | |
| 19.   - Money Market Fund-529A | | None | | | Distributed | 02/24/16 | J | | |
| 20.   - Bond Fund of America-529A | | None | | | Distributed | 07/01/15 | J | | |
| 21.   - Capital World Growth and Income Fund-529A | B | Interest | K | T | | | | | |
| 22.   - Growth Fund of America-529A | A | Interest | J | T | | | | | |
| 23.   - Income Fund of America-529A | A | Interest | J | T | | | | | |
| 24.   - Intermediate Bond Fund of America-529A | | None | | | Distributed | 07/01/15 | J | | |
| 25.   - Investment Co. of America-529A | D | Interest | L | T | | | | | |
| 26.   - New Perspective Fund-529A | D | Interest | K | T | | | | | |
| 27.   - New World Fund-529A | A | Interest | J | T | | | | | |
| 28.   - SMALLCAP World Fund-529A | A | Interest | J | T | | | | | |
| 29.   - Washington Mutual Investors Fund- 529A | A | Interest | J | T | | | | | |
| 30. | | | | | | | | | |
| 31.   Custodial Acct. No. 2 (American Funds) | | | | | | | | | |
| 32.   - The Growth Fund of America-529A | A | Interest | J | T | | | | | |
| 33.   - New Perspective Fund-529A | A | Interest | K | T | | | | | |
| 34.   - New World Fund-529A | A | Interest | J | T | | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 2/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - SMALLCAP World Fund-529A | A | Interest | J | T | | | | | |
| 36. - Investment Co. of America-529A | A | Interest | J | T | | | | | |
| 37. - Capital World Growth and Income-529A | E | Interest | L | T | | | | | |
| 38. - Income Fund of America-529A | | None | | | Distributed | 08/12/15 | K | | |
| 39. - Bond Fund of America-529A | | None | | | Distributed | 08/12/15 | J | | |
| 40. - Intermediate Bond Fund of America-529A | | None | | | Distributed | 01/11/16 | J | | |
| 41. | | | | | | | | | |
| 42. Ca. Tax Exempt Money Market | A | Interest | M | T | | | | | |
| 43. | | | | | | | | | |
| 44. Retirement Acct. IRA No. 1 (TIAA/CREF) | | | | | | | | | |
| 45. - TIAA/CREF Traditional | C | Interest | L | T | | | | | |
| 46. - CREF/CREF Global Equities | C | Interest | K | T | | | | | |
| 47. | | | | | | | | | |
| 48. Retirement Acct. IRA No. 2 (Schwab) | | | | | | | | | |
| 49. - Dodge & Cox Balanced | E | Interest | N | T | | | | | |
| 50. | | | | | | | | | |
| 51. Retirement Acct. IRA No. 3 (Schwab) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 2/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Hotchkis & Wiley Large Cap Value I | D | Interest | L | T | | | | | |
| 53. - Janus I | C | Interest | K | T | | | | | |
| 54. - William Blair Large Cap Growth I | C | Interest | J | T | | | | | |
| 55. - Turner Large Growth Institutional (Y) | | | | | | | | | |
| 56. - Baron Growth Instl | A | Interest | J | T | | | | | |
| 57. - Ivy Mid Cap Growth I | A | Interest | J | T | | | | | |
| 58. - Royce Opportunity Instl. | D | Interest | K | T | | | | | |
| 59. - DFA International Large Cap Growth | | None | J | T | Buy | 02/29/16 | J | | |
| 60. - First Eagle Overseas I | C | Interest | K | T | | | | | |
| 61. - Janus Overseas I | | None | | | Sold | 02/29/16 | J | | |
| 62. - MainStay Marketfield I | | None | | | Sold | 04/08/16 | J | | |
| 63. - Dodge & Cox Balanced | C | Interest | K | T | | | | | |
| 64. - BlackRock Low Duration Bond Instl. | A | Interest | K | T | | | | | |
| 65. - Metro. West Total Return Bond | A | Interest | J | T | | | | | |
| 66. - Schwab Retirement Govt. Money | | | J | T | Buy | 12/21/16 | J | | |
| 67. - Schwab Value Advantage Money Ultra | | None | J | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 2/26/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Retirement Acct. IRA No. 4 (UBS) | | | | | | | | | |
| 70. - Checking Acct. (UBS) | A | Interest | J | T | | | | | |
| 71. - S&P 500 TR Index (UBS) | | None | | | Closed | | | | |
| 72. - Russell 2000 TR USD Index (UBS) | | None | | | Closed | | | | |
| 73. | | | | | | | | | |
| 74. Mass. Mutual Life Exec Group Life, Strategic Group Universal Life Ins. | B | Interest | J | T | | | | | |
| 75. ING Life Ins., Firstline VUL Variable Life Ins. Policy | | None | | | Expired | 05/06/16 | | | |
| 76. | | | | | | | | | |
| 77. Chase Cash Acct. | | None | J | T | | | | | |
| 78. | | | | | | | | | |
| 79. Brokerage Account #12 (Bernstein) (X) (H) | | | | | | | | | |
| 80. - Cash (Bernstein) (X) (H) | C | Interest | J | T | | | | | |
| 81. - Bernstein Diversified Municipal Portfolio (X) (H) | A | Interest | M | T | | | | | |
| 82. - Small/Mid-Cap Equity (Bernstein) (X) (H) | A | Interest | K | T | | | | | |
| 83. -- AB Discovery Value Fund (X) (H) | A | Interest | J | T | | | | | |
| 84. -- AB Discovery Growth Fund Advisor CL (X) | A | Interest | J | T | | | | | |
| 85. -- AB Small Cap Core Portfoloio SDV CL (X) (H) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 2/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Equities (Bernstein) (X) (H) | B | Interest | M | T | | | | | |
| 87. - Tax Managed International Portfolio (Bernstein) (X) (H) | B | Interest | K | T | | | | | |
| 88. -- Bernstein Tax Managed International Portfolio (X) (H) | A | Interest | L | T | | | | | |
| 89. - Emerging Market Funds (Bernstein) (X) (H) | B | Interest | J | T | | | | | |
| 90. -- Bernstien Emerging Markets Portfolio (X) (H) | A | Interest | J | T | | | | | |
| 91. - Dynamic Asset Allocation Overlay (Bernstein) (X) (H) | A | Interest | L | T | | | | | |
| 92. -- Tax-Aware Overlay A Portfolio (X) (H) | A | Interest | K | T | | | | | |
| 93. -- Tax-Aware Overlay B Portfolio (X) (B) | A | Interest | K | T | | | | | |
| 94. | | | | | | | | | |
| 95. Brokerage Account #1 | | | | | | | | | |
| 96. -AAPL Apple Inc. | A | Dividend | J | T | Buy | 01/07/16 | J | | |
| 97. | | | | | Buy (add'l) | 02/05/16 | J | | |
| 98. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | L | T | | | | | |
| 99. -BAM BROOKFIELD ASSET MGMT INC COM | A | Dividend | J | T | | | | | |
| 100. BBU Brookfield Business Partners Pfd | | None | | | Spinoff (from line 8) | 06/20/16 | J | | |
| 101. | | | | | Sold | 08/15/16 | J | | |
| 102. -CHK CHESAPEAKE ENERGY | | Interest | J | T | Buy (add'l) | 11/28/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 2/26/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 12/29/16 | J | | |
| 104. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | L | T | | | | | |
| 105. -CX Cemex, S.A.B. De C.V. Sponsored | | None | J | T | | | | | |
| 106. -DEO DIAGEO PLC-SPONSORED | A | Dividend | J | T | | | | | |
| 107. -GE GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |
| 108. -L LOEWS CORPORATION | A | Dividend | J | T | | | | | |
| 109. -LUK LEUCADIA NATL CORP | A | Dividend | J | T | | | | | |
| 110. -MKL MARKEL CP COM | | None | J | T | | | | | |
| 111. -MSFT Microsoft Corporation | A | Dividend | K | T | | | | | |
| 112. -NSRGY NESTLE SA SPONSORED | A | Dividend | J | T | | | | | |
| 113. -PCP Precision Castparts Corp | A | Dividend | | | Sold | 02/01/16 | J | A | |
| 114. -PXD Pioneer Natural Resources Compa | A | Dividend | J | T | | | | | |
| 115. -YUM Yum Brands | A | Dividend | J | T | | | | | |
| 116. YUMC Yum China Holdings Inc. | | None | J | T | Spinoff (from line 24) | 10/31/16 | J | | |
| 117. Brokerage Account #2 | | | | | | | | | |
| 118. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 119. Brokerage Account #3 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 121. Brokerage Account #4 | | | | | | | | | |
| 122. -AAPL Apple Inc. | A | Dividend | J | T | Buy | 01/07/16 | J | | |
| 123. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | K | T | | | | | |
| 124. -BAM BROOKFIELD ASSET MGMT INC COM | A | Dividend | J | T | | | | | |
| 125. BBU Brookfield Business Partners Pfd | | None | | | Spinoff (from line 33) | 06/20/16 | J | | |
| 126. | | | | | Sold | 08/15/16 | J | | |
| 127. -CHK CHESAPEAKE ENERGY | A | Dividend | J | T | Buy (add'l) | 11/28/16 | J | | |
| 128. | | | | | Sold (part) | 12/29/16 | J | | |
| 129. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | L | T | | | | | |
| 130. -CX Cemex, S.A.B. De C.V. Sponsored | | None | J | T | | | | | |
| 131. -DEO DIAGEO PLC-SPONSORED | A | Dividend | J | T | | | | | |
| 132. -GE GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |
| 133. -L LOEWS CORPORATION | A | Dividend | J | T | | | | | |
| 134. -LUK LEUCADIA NATL CORP | A | Dividend | J | T | | | | | |
| 135. -MKL MARKEL CP COM | | None | J | T | | | | | |
| 136. -MSFT Microsoft Corporation | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 2/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -NSRGY NESTLE SA SPONSORED | A | Dividend | J | T | | | | | |
| 138. -PXD Pioneer Natural Resources Compa | A | Dividend | J | T | | | | | |
| 139. -YUM YUM BRANDS (X) | A | Dividend | J | T | | | | | |
| 140. YUMC Yum China Holdings Inc. | | None | J | T | Spinoff (from line 47) | 10/31/16 | J | | |
| 141. Brokerage Account #5 | | | | | | | | | |
| 142. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 143. -SPY SPDR S&P 500 ETF (X) | A | Dividend | J | T | | | | | |
| 144. Brokerage Account #7 | | | | | | | | | |
| 145. -MO ALTRIA GROUP INC | A | Dividend | K | T | | | | | |
| 146. -AAPL Apple Inc. | A | Dividend | K | T | | | | | |
| 147. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | N | T | Buy (add'l) | 02/03/16 | J | | |
| 148. | | | | | Sold (part) | 08/15/16 | K | A | |
| 149. -BAM BROOKFIELD ASSET MGMT INC COM | A | Dividend | K | T | Sold (part) | 03/29/16 | J | B | |
| 150. | | | | | Sold (part) | 09/22/16 | J | B | |
| 151. BBU Brookfield Business Partners Pfd | | None | | | Spinoff (from line 55) | 06/20/16 | J | | |
| 152. | | | | | Sold | 08/15/16 | J | | |
| 153. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 2/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -CX Cemex, S.A.B. De C.V. Sponsored | A | Dividend | K | T | | | | | |
| 155.  -CHK CHESAPEAKE ENERGY | | None | L | T | Buy (add'l) | 02/10/16 | J | | |
| 156. | | | | | Buy (add'l) | 11/28/16 | K | | |
| 157. | | | | | Sold (part) | 12/29/16 | K | | |
| 158.  CKH Seacor Holdings Inc Com | | None | K | T | Buy | 05/19/16 | J | | |
| 159. | | | | | Buy (add'l) | 09/14/16 | J | | |
| 160. | | | | | Buy (add'l) | 09/20/16 | K | | |
| 161.  -KO COCA COLA CO | A | Dividend | J | T | | | | | |
| 162.  -DEO DIAGEO PLC-SPONSORED ADR NEW REPSTG 4 ORD SHS | A | Dividend | K | T | | | | | |
| 163.  -XOM Exxon Mobil Corporation Com | A | Dividend | J | T | | | | | |
| 164.  -FCEA FOREST CITY ENTERPRISES I | A | Dividend | K | T | | | | | |
| 165.  -GE GENERAL ELECTRIC CO | B | Dividend | K | T | | | | | |
| 166.  -CKHUY CK Hutchinson Holdings Ltd Adr | A | Dividend | J | T | | | | | |
| 167.  -LUK LEUCADIA NATL CORP | A | Dividend | K | T | Sold (part) | 12/05/16 | J | | |
| 168.  -L LOEWS CORPORATION | A | Dividend | M | T | Sold (part) | 07/28/16 | J | | |
| 169.  -MKL MARKEL CP COM | | None | L | T | | | | | |
| 170.  -MCD McDonalds Corp Com | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 2/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.   -MSFT Microsoft Corporation | D | Dividend | M | T | | | | | |
| 172.   -NSRGY NESTLE SA SPONSORED ADRS REGISTERED | B | Dividend | L | T | Buy (add'l) | 05/05/16 | J | | |
| 173. | | | | | Buy (add'l) | 06/10/16 | J | | |
| 174.   -ORCL Oracle Corp Com | A | Dividend | K | T | | | | | |
| 175.   -PM PHILIP MORRIS INTL COM | A | Dividend | K | T | | | | | |
| 176.   -PXD Pioneer Natural Resources Compa | A | Dividend | L | T | Sold (part) | 03/11/16 | J | C | |
| 177.   -PCP Precision Castparts Corp | A | Dividend | | | Sold | 02/01/16 | K | C | |
| 178.   SU Suncor Energy Inc. Com (previously COSWF, acquired by SU 3/24/16) | A | Dividend | J | T | | | | | |
| 179.   -WMT Wal-mart Stores Com | B | Dividend | | | Sold (part) | 05/19/16 | J | B | |
| 180. | | | | | Sold (part) | 05/20/16 | J | B | |
| 181. | | | | | Sold | 09/12/16 | K | D | |
| 182.   -YUM YUM BRANDS | A | Dividend | K | T | | | | | |
| 183.   YUMC Yum China Holdings Inc. | | None | J | T | | 10/31/16 | J | | |
| 184.   Brokerage Account #8 | | | | | | | | | |
| 185.   -MO ALTRIA GROUP INC | A | Dividend | J | T | Sold (part) | 06/24/16 | J | C | |
| 186.   -AAPL Apple Inc. | B | Dividend | L | T | Buy (add'l) | 01/27/16 | J | | |
| 187.   -BRKB BERKSHIRE HATHAWAY INC-DE | | None | N | T | Buy (add'l) | 06/24/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 2/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -BAM BROOKFIELD ASSET MGMT INC COM | C | Dividend | M | T | | | | | |
| 189. BBU Brookfield Business Partners Pfd | | None | | | | 06/20/16 | J | | |
| 190. | | | | | Sold | 08/15/16 | J | A | |
| 191. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | P1 | T | | | | | |
| 192. -CX Cemex, S.A.B. De C.V. Sponsored | | None | J | T | | | | | |
| 193. -CHK Chesapeake Energy Corp Com | | None | K | T | Buy (add'l) | 11/28/16 | K | | |
| 194. | | | | | Sold (part) | 12/29/16 | K | | |
| 195. CKH Seacor Holdings Inc Com | | None | K | T | Buy | 08/01/16 | J | | |
| 196. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 197. -DEO DIAGEO PLC-SPONSORED ADR NEW REPSTG 4 ORD SHS | B | Dividend | L | T | | | | | |
| 198. -FCEA FOREST CITY ENTERPRISES I | B | Dividend | L | T | | | | | |
| 199. -GE GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 200. -CKHUY CK Hutchinson Holdings Ltd Adr | A | Dividend | J | T | | | | | |
| 201. -LUK LEUCADIA NATL CORP | A | Dividend | K | T | | | | | |
| 202. -L LOEWS CORPORATION | A | Dividend | M | T | | | | | |
| 203. -MKL MARKEL CP COM | | None | K | T | | | | | |
| 204. -McDonalds Corp Com | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -MSFT Microsoft Corporation | B | Dividend | L | T | | | | | |
| 206.  -NSRGY NESTLE SA SPONSORED ADRS REGISTERED | B | Dividend | K | T | | | | | |
| 207.  -ORCL Oracle Corp Com | A | Dividend | K | T | | | | | |
| 208.  -PM PHILIP MORRIS INTL COM | A | Dividend | J | T | | | | | |
| 209.  -PXD Pioneer Natural Resources Compa | A | Dividend | M | T | | | | | |
| 210.  -PCP Precision Castparts Corp | A | Dividend | | | Sold | 02/01/16 | J | B | |
| 211.  SU Suncor Energy Inc. Com (previously COSWF, acquired by SU 3/24/16) | A | Dividend | K | T | Sold (part) | 01/07/16 | J | | |
| 212.  -WMT Wal-mart Stores Com | A | Dividend | | | Sold | 01/07/16 | K | C | |
| 213.  -YUM YUM BRANDS | A | Dividend | K | T | | | | | |
| 214.  YUMC Yum China Holdings Inc. | | None | J | T | | 10/31/16 | J | | |
| 215.  Brokerage Account #9 | | | | | | | | | |
| 216.  -AAPL Apple Inc. | B | Dividend | L | T | Buy | 01/07/16 | K | | |
| 217. | | | | | Buy (add'l) | 01/08/16 | J | | |
| 218. | | | | | Buy (add'l) | 01/11/16 | J | | |
| 219. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 220. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 221.  -BRKB BERKSHIRE HATHAWAY INC-DE | | None | M | T | Buy (add'l) | 01/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 2/26/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 01/13/16 | J | | |
| 223. | | | | | Buy (add'l) | 05/09/16 | K | | |
| 224. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 225. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 226. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 227. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | O | T | | | | | |
| 228. -CHK Chesapeake Energy Corp Com | | None | K | T | | | | | |
| 229. CKH Seacor Holdings Inc Com | | None | K | T | Buy | 06/01/16 | J | | |
| 230. | | | | | Buy (add'l) | 07/05/16 | J | | |
| 231. -KO COCA COLA CO | B | Dividend | K | T | Sold (part) | 07/05/16 | J | B | |
| 232. -XOM Exxon Mobil Corporation Com | A | Dividend | J | T | Sold (part) | 01/13/16 | J | A | |
| 233. -FCEA FOREST CITY ENTERPRISES I | A | Dividend | | | Sold (part) | 07/14/16 | J | C | |
| 234. | | | | | Sold (part) | 09/02/16 | J | D | |
| 235. | | | | | Sold | 12/06/16 | J | B | |
| 236. -GE GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 237. -CKHUY CK Hutchinson Holdings Ltd Adr | A | Dividend | J | | | | | | |
| 238. -LUK LEUCADIA NATL CORP | A | Dividend | K | T | Buy (add'l) | 02/05/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 2/26/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -L LOEWS CORPORATION | A | Dividend | K | T | | | | | |
| 240.  -MCD McDonald's Corp Com | B | Dividend | | | Sold (part) | 11/14/16 | J | C | |
| 241. | | | | | Sold (part) | 12/08/16 | J | B | |
| 242. | | | | | Sold | 12/09/16 | K | C | |
| 243.  -MKL Markel Corp Com | | None | K | T | | | | | |
| 244.  -MSFT Microsoft Corporation | A | Dividend | | | Sold (part) | 01/08/16 | K | D | |
| 245. | | | | | Sold (part) | 01/29/16 | J | D | |
| 246. | | | | | Sold (part) | 07/20/16 | K | D | |
| 247. | | | | | Sold (part) | 10/10/16 | J | D | |
| 248. | | | | | Sold (part) | 10/21/16 | J | C | |
| 249. | | | | | Sold | 12/08/16 | J | C | |
| 250.  -ORCL Oracle Corp Com | A | Dividend | K | T | | | | | |
| 251.  -PM PHILIP MORRIS INTL COM | C | Dividend | K | T | Sold (part) | 01/07/16 | K | D | |
| 252. | | | | | Sold (part) | 01/11/16 | J | C | |
| 253. | | | | | Sold (part) | 12/16/16 | K | D | |
| 254. | | | | | Sold (part) | 12/22/16 | J | C | |
| 255. | | | | | Sold (part) | 12/29/16 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -PCP Precision Castparts Corp Com | A | Dividend | | | Sold | 02/01/16 | M | C | |
| 257. -SRSC Sears Canada Inc | | None | J | T | | | | | |
| 258. -SHLD SEARS ROEBUCK & CO | | None | | | Sold | 01/22/16 | J | | |
| 259. Treasury Bonds - TIPS | B | Interest | M | T | Matured (part) | 04/15/16 | L | C | |
| 260. Brokerage account #10 | | | | | | | | | |
| 261. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | J | T | | | | | |
| 262. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 263. Brokerage account #11 | | | | | | | | | |
| 264. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 265. | | | | | Sold | 08/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 2/26/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

44 and 50 Not listed in Section VII and reasons therefore:

1. Trust No. 1: Trust account for trust related expenses.

2. Trust No. 2: Trust account created for benefit of filer.

3. Trust Nos. 3, 4: Trust created for the benefit of third parties for which filer was designated as a "trustee" consistent with the controlling Canons of Judicial Conduct, No. 4(e). Filer has no financial interest in the assets of these trusts, no knowledge of manner in which the principal is invested, and no control or influence of any kind over investment decisions related to the assets held in this trust. Rather, filer's sole fiduciary responsibility is limited to the exercise of veto power for requests made by beneficiaries to Trust Nos. 3 or 4 to incur extraordinary expenses as specifically defined by trust document. To reiterate, filer has no fiduciary responsibilities over the management or investment of the "trust" assets, nor does she have any beneficial interest of any kind in Trust No. 3 and 4.

4. Partnership No. 1: real estate assets for which filer has potential future interest when and if partnership real estate interests are sold. Filer has no direct or indirect control over holdings, and cannot influence policy or other decisions which affect the purchase, exchange, sale or disposition of the partnership assets.

5. Brokerage account no. 6 was merged in 2013 with another account (see 2013 FDR), and no longer exists.

6. Regarding brokerage account nos. 7, 8, and 9, after consulation with a representative from the Washington, D.C. FDR Office, the delivery of shares of Hutchinson Whampoa (HUWHY), receipt of new shares of CK Hutchinson Holdings (CKHUY), and related dividents and returns of capital were noted as follows:

a. HUWHY was held in three accounts on 12/31/15.
b. HUWHY paid a divident in the three accounts in 2015.
c. There was a reorganization (mandatory exchange) on 6/19/15 which resulted, for all three accounts, in the following:

i. All shares of HUWHY were surrendered. This was noted in D(1) as "Distributed" on 6/19/15 (D2) and the dollar value of the "Distributed" shares was noted in D(3). This was not a taxabe event and there were no capital gains or losses.
ii. There was a "return of capital" which was noted in the following row. The amount of the ROC was noted in B(1) and the type was noted as a distribution in B(2).
iii. In addition to the return of capital, shares of CKHUY were received (6/19/2015). There was a subsequent divident paid by CKHUY which was ntoed in B(1) and B(2). In all three accounts, shares of CKHUY were owned on 12/31/2015. The value was noted in C(1) and C(2). The acquisition of shares of the CKHUY was noted in D(1) as a spinoff from HUWHY, on 6/19/15(D2) and the dollar value of the shares of CKHUY which were received was noted in D(3).

7. In Part VII, lines 54 and 62, William Blair Large Cap Growth I and MainStay Marketfield I are listed. Both of these assets were acquired on 12/31/2013. The William Blair Large Cap Growth I was acquired for $10.33 per share, for an aggregate total purchase price of $7,234.61. The MainStay Marketfield I asset was acquired on the same date for $18.52 per share, for a total of $7,234.64.

8. PCP (Precision Castparts) was fully acquired, for cash, by Berkshire Hathaway, on February 1, 2016. This acquisition was taxable and was listed on 1099s as a salee. It is listed, in several accounts, as a sale in section D.

9. Note that line #143, listing SPY in brokerage account #5 does not have a corresponding acquisition listed on the 2015 FDR. This was an error. The 2015 report listed account #5 as holding cash at year-end. It should have listed the following: Column A: -SPY SPDR S&P 500 ETF; Column B(1): A; Column B(2): Divident; Column C(1): J; Column C(2): T; Clumn D(1): Buy; Column D(2): 03/13/15; Column D(3): J.

10. Note that COSWF was 100% acquired by SU (Suncor) on March 24, 2016. This was a non-taxable transaction, in which COSWF shareholders relinquished their shares, which were exchanged for SU shares. The manner in which the 2016 FDR reports these holdings for all accounts was suggested by FDR staff on 7/27/2017.

11. Note that the increase in cash, held in brokerage account Nos. 8, 11, 12, and trust account No. 1 was due to inheritance in 2016.

12. In Part VII, line 1 is a heading only.

13. In Part VII, line 2, the Vanguard "Ca. Municipal Money Market Fund" is the same as the 2015 Vanguard "Ca. Tax Exempt Money Market Fund." The name of the Fund was changed by Vanguard sometime after the filing of the 2015 Report.

14. In Part VII, lines 79-93, the assets were acquired in trust through inheritance in 11/2016. The equities are not listed at line 86, as they were transferred to other accounts in 2017, and will be listed separately in my 2017 Financial Disclosure.

15. Part VII, lines 711-72, these accounts were transferred to TDAmeritrade on 11/10/2010, and were inadvertenly excluded from earlier filed Financial Disclosure reports.

16. Part VII, lines 10-12, these accounts were sold in March 2012 for the Total International Stock Admiral and Total Bond Market Index Admiral (lines 10 and 11), and in June 2012 for the Total Stock Market Index Admiral (line 12). This information was inadvertenly not included in earlier Financial Disclosure reports. The 01/01/16 dates were included in the current submission as the system would not permit recordation of an earlier correct date.

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 2/26/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

17. Part VII, lines 19, 20 and 24, these assets were distributed on 2/24/2014, 1/1/2015, and 1/1/15, respectively.  The same is true for lines 38-40, which were distributed on 8/12/15.  This information was inadvertently not inclued in earlier Financial Disclosure reprots.  The 01/01/216 dates were included in the current submission as the system would not permit recordation of the earlier correct dates.

18. In the 12/19/2017 letter from Judge Trenga, reference is made in the third paragraph on page one to a request for additional information for Part VII, line 332.  I believe that a correction was instead requested for line 32, as there is in line 332 in the report.  Accordingly, I have incorporated a correction to Line 32 into this amended report.

19. Part VII, line 62, assets from this Mainstay Marketfield I were moved, 50/50% on 4/8/2016 to Janus I (line 53) and William Blair Large Cap Growth I (line 54).

20. Part VII, assets listed in lines 20, 24, were distributed on 7/1/15, and for lines 38 and 39 were distributed on 8/12/15 to make college tuition payments.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen S. Crawford**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544